ERIC GRANT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00128-JLT-SKO |
|---|---|
| Plaintiff, | ORDER AUTHORIZING DISCLOSURE OF PSR |
| v. | COURT: Hon. Jennifer L. Thurston |
| JESUS PEREZ GARCIA JR., | |
| Defendant. | |

**ORDER AUTHORIZING DISCLOSURE OF PSR**

Based on the United States's Motion to Disclose PSR, and pursuant to Local Rule 460(b), it is HEREBY ORDERED that the PSR for defendant JESUS PEREZ GARCIA JR. (ECF 286) is authorized to be disclosed to the United States Attorney's Office for the Southern District of California for use in the criminal investigation and prosecution of defendant JESUS PEREZ GARCIA JR.

IT IS SO ORDERED.

Dated: __**October 31, 2025**__           _____
                                          UNITED STATES DISTRICT JUDGE